## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAMP DRUG STORE, INC., an Illinois Corporation, Individually and as Representatives of a Class of Similarly Situated Persons,<br><br>        Plaintiff,<br><br>vs.<br><br>SHERALVEN ENTERPRISES, LTD.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>) Case No. 17-CV-1094-SMY-SCW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims in this matter have been settled or otherwise resolved, Plaintiff's individual claims against the Defendant are **DISMISSED with prejudice,** the putative class claims are **DISMISSED without prejudice,** and the claims against John Does 1-10 are **DISMISSED without prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED: August 8, 2018**

                                                  **JUSTINE FLANAGAN, Acting Clerk of Court**

                                                  **By: s/ Stacie Hurst, Deputy Clerk**


**Approved:**    **s/ Staci M. Yandle**
                      **STACI M. YANDLE**
                      **DISTRICT JUDGE**